**FILED**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JUN - 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | CR NO: 2:13-cr-00077-JAM |
| RAFAEL OLIVERA VALENCIA | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus ☒ Ad Prosequendum ☐ Ad Testificandum.

Name of Detainee:  **RAFAEL OLIVERA VALENCIA**

Detained at (custodian):  **Tehama County Jail**

Detainee is:  a.)  ☐  charged in this district by:
                          ☒ Indictment       ☐ Information       ☐ Complaint
                     Charging Detainee With:  **Being a Deported Alien Found in the United States**

    or    b.)  ☐  a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐  return to the custody of detaining facility upon termination of proceedings
    or    b.)  ☒  be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

               Signature:____ /s/ Nirav Desai
               Printed Name & Phone No: **AUSA NIRAV DESAI/916-554-2716**
               Attorney of Record for:____ United States of America

## WRIT OF HABEAS CORPUS
          ☒ Ad Prosequendum       ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date  6/6/13

United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Juan Carlos Morfin-Sanchez | Male ☒ | Female ☐ |
| Booking or CDC #: | 1301160159 | DOB: | |
| Facility Address: | 502 Oak Street | Race: | |
| | Red Bluff, CA 96080 | FBI #: | 261500HC6 |
| Facility Phone: | 530-529-7910 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____

(Signature)