BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>                    v.<br><br>RAFAEL OLIVERA VALENCIA,<br> aka Juan Carlos Morfin-Sanchez,<br><br>                                   Defendant. | CASE NO.  2:13-CR-77 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 4, 2014<br>TIME: 9:45 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

        Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

        1.        By previous order, this matter was set for status on March 4, 2014.

        2.        By this stipulation, defendant now moves to continue the status conference until March 11, 2014 at 9:45 a.m., and to exclude time between March 4, 2014, and March 11, 2014 at 9:45 a.m., under Local Code T4.

        3.        The parties agree and stipulate, and request that the Court find the following:

                a)        The government has represented that the discovery associated with this case includes 92 pages of discovery primarily from the defendant's A-file, or immigration file.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Counsel for defendant desires additional time prepare her client for an anticipated change of plea and request for immediate sentencing proceeding.  Additionally, the court is unavailable for such a proceeding on March 4, 2013.

c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 4, 2014 to March 11, 2014 at 9:45 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

////
////
////
////
////
////
////
////
////
////
////
////

1    ////

2        4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

3    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

4    must commence.

5        IT IS SO STIPULATED.

6

7

8    Dated:  March 3, 2014                              BENJAMIN B. WAGNER
                                                        United States Attorney

9

10                                                      /s/ NIRAV K. DESAI
                                                        NIRAV K. DESAI

11                                                      Assistant United States Attorney

12

13   Dated:  March 3, 2014                              /s/ Dina Santos
                                                        (as auth. on 3/3/14)

14                                                      DINA SANTOS, ESQ.
                                                        Counsel for Defendant

15

16

17

18                                   **FINDINGS AND ORDER**

19        IT IS SO FOUND AND ORDERED this 3RD day of March,  2014.

20

21                                                      /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ

22                                                      UNITED STATES DISTRICT COURT JUDGE

23

24

25

26

27

28